THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
William McKinnedy, Appellant,
v.
South Carolina
 Department of Corrections, Respondent.
 
 
 

Appeal from the Administrative Law Court
John D. McLeod, Administrative Law Court Judge

Unpublished Opinion No. 2011-UP-400 
Submitted August 15, 2011  Filed August
 22, 2011 

AFFIRMED

 
 
 
William C. McKinnedy, III, pro se, for Appellant.
Christopher D. Florian, of Columbia, for Respondent.
 
 
 

PER CURIAM:  William C. McKinnedy, III, appeals the Administrative
 Law Court's (ALC) order affirming the Department of Corrections' (the
 Department) correction of his sentence classification.  He argues he was denied
 due process of law when the Department recalculated his sentence after an audit
 revealed his offense was a no parole offense.[1] 
 We affirm,[2] finding substantial evidence supports the ALC's decision McKinnedy was not
 deprived of a liberty interest and thus not denied due process of law.  See S.C. Code Ann. § 1-23-610(B) (Supp. 2010) (limiting reversal of an ALC decision
 unless "in violation of constitutional or statutory provisions; . . . [or]
 clearly erroneous in view of the reliable, probative, and substantial evidence
 on the whole record"); U.S. Const. amend. XIV, § 1 (guaranteeing due
 process of law only when the deprivation of life, liberty, or property is at
 stake).
AFFIRMED.
FEW, C.J., THOMAS and KONDUROS, JJ., concur. 

[1] McKinnedy's remaining arguments are unpreserved for
 our review because they were never ruled on by the ALC.  State v. Al-Shabazz,
 338 S.C. 354, 379, 527 S.E.2d 742, 755 (2000) ("Consequently, issues or
 arguments that were not raised to and ruled on by the [ALC] ordinarily are not
 preserved for review.").
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.